UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.

NORMA SICA

      Plaintiff,

vs.

DARDEN CORPORATION

      Defendant

_____/

## SUMMONS IN A CIVIL ACTION

TO:      **DARDEN CORPORATION**
      **By Serving Its Registered Agent**
      **CORPORATE CREATIONS NETWORK, INC.**
      **801 US HIGHWAY 1**
      **NORTH PALM BEACH, FL 33408**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are

Scott M. Behren, Esq.
Behren Law Firm
1930 N. Commerce Parkway
Suite 4
Weston, FL 33326
(954) 636-3802
Fax (772) 252-3365
scott@behrenlaw.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date:_____

_____
Signature of Clerk or Deputy Clerk